■ In the Matter of ROSELLA G., Appellant, v EILEEN B. et al., Respondents. [715 NYS2d 756] —In a proceeding pursuant to Family Court Act article 6, the petitioner appeals from an order of the Family Court, Nassau County (Pessala, J.), dated May 27, 1998, which, after a hearing, denied her petition seeking custody of or visitation with her great-grandchild.

Ordered that the order is affirmed, with one bill of costs.

The petitioner commenced this proceeding seeking custody of or visitation with her great-grandchild. The respondents are the child's parents. We affirm the denial of the petition.

A parent may not be deprived of custody of a child absent a showing of "surrender, abandonment, persisting neglect, unfitness or other like extraordinary circumstances" (*Matter of Bennett v Jeffreys,* 40 NY2d 543, 544; *see also, Matter of Male Infant L.,* 61 NY2d 420, 427; *Matter of Tyrique P.,* 216 AD2d 387). Here, the petitioner failed to demonstrate such extraordinary circumstances (*see, Matter of McGraw v McGraw,* 258 AD2d 464; *Matter of Tyrique P., supra*).

Moreover, the petitioner, as a great-grandparent of the child, lacks standing to seek visitation (*see,* Family Ct Act § 651; Domestic Relations Law § 72; *People ex rel. Antonini v Tracey L.,* 230 AD2d 869).

The petitioner's remaining contentions are without merit. Bracken, J. P., Ritter, Friedmann and Florio, JJ., concur.